UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-MJ-701 (ECW)

United States of America,

              Plaintiff,

v.                             **ORDER FOR APPOINTMENT OF COUNSEL**

Tyler Maxon Avalos,

              Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Daniel Gerdts, Attorney ID 207329, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: October 20, 2025                       *s/Jon T. Huseby*
                                                  Honorable Jon T. Huseby
                                                  United States Magistrate Judge